FILED: December 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2514
(5:23-cv-00180-BO-RN)

_____

ESTATE OF JADA JOHNSON; L.J., the minor daughter of Jada Johnson;
RICHARD IWANSKI, individually, as executor of the Estate of Jada Johnson and
guardian of L.J.; MARIA IWANSKI, individually, as executor of the Estate of
Jada Johnson and guardian of L.J.

   Plaintiffs - Appellants

v.

SERGEANT TIMOTHY RUGG, individually; OFFICER ZACHARIUS
BOROM, individually; JOHN AND JANE DOES 1-100, City of Fayetteville
employees and police officers

   Defendants - Appellees

and

CITY OF FAYETTEVILLE

   Defendant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
|---|---|
| Originating Case Number | 5:23-cv-00180-BO-RN |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 12/22/2025 |
| Appellant(s) | Estate of Jada Johnson; L.J.; Richard Iwanski; Maria Iwanski |
| Appellate Case Number | 25-2514 |
| Case Manager | K. Stump<br>804-916-2702 |