UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2514
(5:23-cv-00180-BO-RN)

_____

ESTATE OF JADA JOHNSON; L.J., the minor daughter of Jada Johnson;
RICHARD IWANSKI, individually, as executor of the Estate of Jada Johnson and
guardian of L.J.; MARIA IWANSKI, individually, as executor of the Estate of
Jada Johnson and guardian of L.J.

      Plaintiffs - Appellants

v.

SERGEANT TIMOTHY RUGG, individually; OFFICER ZACHARIUS
BOROM, individually; JOHN AND JANE DOES 1-100, City of Fayetteville
employees and police officers

      Defendants - Appellees

and

CITY OF FAYETTEVILLE

      Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 06/03/2026

Opening brief due: 06/03/2026

Response brief due: 07/06/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk