IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

| | |
|---|---|
| ESTATE OF JADA JOHNSON, ET AL. | ) |
| | ) |
| | ) |
| Plaintiffs-Appellants, | ) |
| | )     No. 25-2514 |
| v | ) |
| | ) |
| TIMOTHY RUGG, ET AL. | ) |
| | ) |
| Defendant-Appellees | ) |

_____

**MOTION FOR 10-DAY EXTENSION OF TIME
TO FILE OPENING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27, Plaintiff-Appellants respectfully requests a 10-day extension of time, to and including June 13, 2026, to file their opening brief, or, alternatively, a lesser extension within the discretion of the Court. This is Plaintiffs' second request for an extension.

The opening brief in this matter is currently due on June 3, 2026. The matter is on appeal of the trial court's order denying plaintiffs' motion for summary judgment motion and granting defendants' motions for summary judgment in this action raising claims arising from the shooting death of Jada Johnson, including a 42 U.S.C. § 1983 excessive force claim.

1

The undersigned counsel has substantially completed the opening brief and joint appendix. At issue, specifically, is the addition of two exhibits to the joint appendix. This recent discovery regarding the omission of two exhibits will require renumbering the joint appendix and making the appropriate changes in the opening brief.

Given that this case has a seven-volume joint appendix, the undersigned counsel respectfully requests an additional 10 days to complete the opening brief and joint appendix, to and including June 13, 2026, to file the opening brief in this matter, or such lesser extension as this Court deems appropriate.

Dated: June 1, 2026

Respectfully submitted,

/s/ Carnell Johnson
Carnell Johnson
Johnson & Nicholson, PLLC
5806 Monroe Rd Ste 102
Charlotte, North Carolina 28212
Tel: (704) 375-1911
Fax: (704) 375-1919
Email: cj@johnnichlaw.com
*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

A copy of the foregoing Motion for Extension of Time to file opening brief and joint appendix was filed electronically this 1st day of June, 2026. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Carnell Johnson
Carnell Johnson
Johnson & Nicholson, PLLC
5806 Monroe Rd Ste 102
Charlotte, North Carolina 28212
Tel: (704) 375-1911
Fax: (704) 375-1919
Email: cj@johnnichlaw.com
*Counsel for Petitioner*