UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2514
(5:23-cv-00180-BO-RN)

_____

ESTATE OF JADA JOHNSON; L.J., the minor daughter of Jada Johnson;
RICHARD IWANSKI, individually, as executor of the Estate of Jada Johnson and
guardian of L.J.; MARIA IWANSKI, individually, as executor of the Estate of
Jada Johnson and guardian of L.J.

   Plaintiffs - Appellants

v.

SERGEANT TIMOTHY RUGG, individually; OFFICER ZACHARIUS
BOROM, individually; JOHN AND JANE DOES 1-100, City of Fayetteville
employees and police officers

   Defendants - Appellees

and

CITY OF FAYETTEVILLE

   Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request

for an extension of time in which to file the opening brief and joint appendix shall

be disfavored. The briefing schedule is extended as follows:

Joint appendix due: 06/15/2026

Opening brief due: 06/15/2026

Response brief due: 07/15/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk