No. 25-2514

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

ESTATE OF JADA JOHNSON, L.J., the minor daughter of Jada Johnson, RICHARD IWANSKI, individually, as executor of the Estate of Jada Johnson and guardian of L.J., and MARIA IWANSKI, individually, as executor of the Estate of Jada Johnson and guardian of L.J.,

*Plaintiffs-Appellants,*

v.

SERGEANT TIMOTHY RUGG, individually, OFFICER ZACHARIUS BOROM, individually, JOHN AND JANE DOE'S 1-100, City of Fayetteville employees and police officers,

*Defendants-Appellees.*

and

CITY OF FAYETTEVILLE,

*Defendant.*

On Appeal from the United States District Court
for the Eastern District of North Carolina
(5:23-cv-00180-BO-RN)

## DEFENDANTS-APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Defendants-Appellees Timothy Rugg and Zacharius Borom, by and through undersigned counsel of record, move this Court for a 30-day extension of time to file their response brief, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and local rule 31(c). In support thereof, counsel for appellees shows the Court the following:

1. Defendants-Appellees' Joint Response Brief is currently due July 15, 2026, per the briefing order entered June 1, 2026 [Doc. 22]

2. Appellate counsel with primary responsibility for drafting the response brief for defendants shows the Court that he has been traveling for depositions during the weeks of June 29, 2026 and July 6, 2026. He has also been engaged in preparing briefs in other trial court and appellate matters, including a reply brief to the NC Court of Appeals on June 26, 2026 and a summary judgment brief for a hearing set July 13, 2026. These obligations require substantial time and attention, and additional time is needed to ensure the response brief is thoroughly researched and prepared, and that all defense counsel and clients have ample time to review and provide feedback.

3. Therefore, defendants request thirty additional days to prepare their response brief, in order to have ample time to finalize the

4920-5488-6587, v. 1

brief and seek input from all defense counsel and clients. This motion is not made for the purpose of unduly delaying these proceedings, and no prior extension has been sought. Counsel for plaintiffs-appellants was consulted and has no objection to this extension of time.

WHEREFORE, Defendants-Appellees request that the Court grant up to and including August 14, 2026 to file their Response Brief.

This the 7th day of July 2026.

BY: */s/ Steven A. Bader*
Steven A. Bader
Email: sbader@cshlaw.com
James C. Thornton
Email: jthornton@cshlaw.com
Cranfill Sumner LLP
P.O. Box 27808
Raleigh, North Carolina 27611
Telephone: 919-828-5100
*Counsel for Defendant Borom*

J. Heydt Philbeck
Bailey & Dixon LLP
P.O. Box 1351
Raliegh, NC  27602
Telephone: 919-828-0731
Email: hphilbeck@bdixon.com
*Attorney for Defendant Borom*

Clay Allen Collier
Crossley McIntosh Collier Hanley &
Edes PLLC
5002 Randall Parkway, Suite 200

3

Wilmington, NC 28403
Telephone: 910-762-9711
Email: clayc@cmclawfirm.com
*Attorney for Defendant Rugg*

John Edward Ryan, III
Ryan Legal Services, PLLC
508 West Main Street
Mount Olive, NC 28365
Telephone: 919-706-0390
Email: john@ryanlegalservice.com
*Attorney for Defendant Rugg*

4

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing *Motion for Extension of Time* with the Clerk of Court using the CM/ECF system, which will send automatic notice to all counsel of record.

Carnell Johnson
E-mail: cj@johnnichlaw.com
Johnson & Nicholson, PLLC
5701 Executive Center Drive, Suite 415
Charlotte, NC 28212
*Attorneys for Plaintiffs*

Xavier Torres de Janon
E-mail: xdj@johnnichlaw.com
Johnson & Nicholson
5806 Monroe Road, Suite 102
Charlotte, NC 28212
*Attorneys for Plaintiffs*

This the 7th day of July 2026.

CRANFILL SUMNER LLP

BY: */s/ Steven A. Bader*
Steven A. Bader
N.C. State Bar No. 55931
Email: sbader@cshlaw.com
P.O. Box 27808
Raleigh, North Carolina 27611
Telephone: 919-828-5100
*Counsel for Defendant Borom*

4920-5488-6587, v. 1