FILED:  July 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-2514
(5:23-cv-00180-BO-RN)

———————————

ESTATE OF JADA JOHNSON; L.J., the minor daughter of Jada Johnson;
RICHARD IWANSKI, individually, as executor of the Estate of Jada Johnson and
guardian of L.J.; MARIA IWANSKI, individually, as executor of the Estate of
Jada Johnson and guardian of L.J.

        Plaintiffs - Appellants

v.

SERGEANT TIMOTHY RUGG, individually; OFFICER ZACHARIUS
BOROM, individually; JOHN AND JANE DOES 1-100, City of Fayetteville
employees and police officers

        Defendants - Appellees

and

CITY OF FAYETTEVILLE

        Defendant

———————————

O R D E R

———————————

The court grants an extension of the briefing schedule as follows:

Response brief due: 08/14/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

<u>/s/ Nwamaka Anowi, Clerk</u>