**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 4, 2026

---

DOCKET CORRECTION NOTICE

---

No. 25-2514, Estate of Jada Johnson v. Timothy Rugg
5:23-cv-00180-BO-RN

TO: Appellants

FILING CORRECTION DUE: September 8, 2026

Please make the correction identified below and file a corrected document by the date indicated.

---

[x] Incorrect event used. Please refile document using the **brief** entry and select **reply** from the type of brief drop-down menu.

A. Walker, Deputy Clerk
804-916-2702